

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00152-CV

_____

IN RE THOMAS SWAYDEN AND TOMAR HOLDINGS, LTD., Relators

Original Proceeding
90th District Court of Young County, Texas
Trial Court No. 34172

Before Womack, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: May 20, 2021